Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: MRobles@shookandstone.com

Attorneys for Plaintiff Sherie Shawntel Black

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHERIE SHAWNTEL BLACK, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KILOLO KIJAKAZI, ) <br> Acting Commissioner of Social ) <br> Security, ) <br> ) <br> Defendant. ) | Case No.:  2:23-cv-01439-VCF <br><br> STIPULATION TO EXTEND TIME TO FILE PLAINTIFF'S BRIEF <br><br> (FIRST REQUEST) |

Plaintiff Sherie Shawntel Black and Kilolo Kijakazi, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time from December 14, 2023 to January 13, 2024,

-1-

1  for Plaintiff to send her Plaintiff's Brief with all other dates in the Court's
2  Scheduling Order extended accordingly. This is Plaintiff's first request for an
3  extension. This request is made at the request of Plaintiff's counsel to allow
4  additional time to fully research the issues presented.
5  DATE: December 12, 2023   Respectfully submitted,

6                      LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

7                      /s/ *Marc V. Kalagian*[1]
8        BY: _____
          Marc V. Kalagian
9            Attorney for plaintiff Sherie Shawntel Black

10

11  DATE: December 12, 2023      JASON M. FRIERSON
                                   United States Attorney
12

13

14                      /s/ Justin L. Martin
15                BY: _____

16            Justin L. Martin
          Special Assistant United States Attorney
17            |*authorized by e-mail|

18  DATED: 12-14-2023
19  IT IS SO ORDERED:
20                                                              [signature]
21                        UNITED STATES MAGISTRATE JUDGE

22

23

24

---

25  [1] Counsel for the plaintiff attests that all other signatories listed, and on whose
26  behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:23-CV-01439-VCF**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on December 13, 2023.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*
_____

Marc V. Kalagian
Attorneys for Plaintiff
_____